JENNINGS *v.* TEXAS.

No. 717, Misc.   Decided January 6, 1964.

*Sidney E. Dawson, Townes L. Dawson* and *W. J. Durham* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.